45699. STRICKLAND v. THE STATE.
(369 SE2d 765)

PER CURIAM.
The defendant appeals from the superior court's denial of his motion for pretrial bond. After reviewing the record and the briefs of the parties, we conclude that under the facts of this case the superior court did not abuse its discretion in denying bond.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 26, 1988.

Carl P. Greenberg, for appellant.
Robert E. Wilson, District Attorney, Thomas S. Clegg, Assistant District Attorney, for appellee.